TULLIO BACCARI, Respondent, v. NATIONAL BRICK CORP., Appellant, et al., Defendants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of ELIZABETH B. VAN ALEN, Respondent. THEODORE VLAHAKOS, Appellant, et al., Tenants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PACKARD MOTOR CAR CO. OF NEW YORK, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [4650 Broadway, Borough of Manhattan.] — Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH KROPFL, Respondent, v. SAM ETZKOWITZ, Individually and as Administrator of the Estate of PAULINE ETZKOWITZ, Deceased, et al., Appellants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PIERRE R. BECKER et al., Respondents, v. ISBRANDTSEN CO., INC., Appellant. — Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 778.]

BON RAY HOTEL CORPORATION, Plaintiff, v. BEN-IRV HOLDING CO., INC., Defendant. In the Matter of I. ARNOLD ROSS, Appellant. BON RAY HOTEL CORPORATION et al., Respondents. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.